THE BALLSTON REFRIGERATING STORAGE COMPANY, Respondent, *v.* EASTERN STATES REFRIGERATING COMPANY, Appellant.

*Ballston Refrigerating Storage Co.* v. *Eastern States Refrigerating Co.*, 142 App. Div. 135, affirmed.

(Argued October 10, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for damage to certain merchandise stored in defendant's warehouse alleged to have been occasioned through defendant's negligence.

*Neile F. Towner* for appellant.

*Frank H. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.